# EXHIBIT C

# CHASE *for* BUSINESS

Printed from Chase for Business

 We've scheduled your wire.

Please print and save this page for your records.

## Account details

| | |
|---:|---|
| Wire to | Produce Depot USA LLC DIP (...4047) |
| Wire from | NYC Tropical House (...5635) |
| Wire status | Pending |
| Transaction number | 8715 |

## Sender information

| | |
|---:|---|
| Wire date | Sep 12, 2022 |
| Wire amount | $20,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | See analysis statement |
| Total | **$20,000.00 USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---:|---|
| Message to recipient bank | None |
| Message to recipient | FINAL PMT |
| Memo | None |