| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Alla Kachan, Esq.<br>Law Offices of Alla Kachan, P.C.<br>2799 Coney Island Avenue, Ste 202<br>Brooklyn, NY 11235<br>Tel.: (718) 513-3145 | |
| In Re:<br><br>Produce Depot USA LLC,<br>                    Debtor | Case No.:    22-14771-VFP<br><br>Judge:      <u>Vincent F. Papalia</u><br><br>Chapter:   11 |

**NOTICE OF THE EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN**

     PLEASE TAKE NOTICE that on July 10, 2023, United States Bankruptcy Court for the District of New Jersey entered an Order confirming Chapter 11 Plan (the "Confirmation Order") for the Reorganized Debtor, Produce Depot USA LLC (the "Debtor") (ECF No.: 199).

     PLEASE TAKE FURTHER NOTICE that each of the conditions precedent to the effectiveness of the Plan has occurred or was waived in accordance with Chapter 11 Plan (the "Plan") and the Plan became effective and Payments under the Plan have commenced before August 2, 2023 (the "Effective Date").

     PLEASE TAKE FURTHER NOTICE that all applications for compensation for services rendered and reimbursement of expenses incurred by Professionals from March 2, 2022 (the "Petition Date") through the Effective Date shall be filed no later than forty-five (45) days after the Effective Date.

Dated: Brooklyn, New York
       August 8, 2023

                                                      <u>*/s/ Alla Kachan*</u>
                                                      By: Alla Kachan, Esq.
                                                      Law Offices of Alla Kachan, PC
                                                      2799 Coney Island Avenue, Ste 202
                                                      Brooklyn, New York 11235
                                                      Tel.: (718) 513-3145