| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(B)**<br><br>Alla Kachan, Esq.<br>Law Offices of Alla Kachan, P.C.<br>2799 Coney Island Avenue, Ste 202<br>Brooklyn, NY 11235<br>Tel.: (718) 513-3145 |

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Produce Depot USA LLC,<br>　　　　　　　　　Debtor |   | Case No.: | 22-14771-VFP |
|---|---|---|---|
|   |   | Judge: | <u>Vincent F. Papalia</u> |
|   |   | Chapter: | 11 |

## FINAL DECREE

**DATED: September 21, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the application of Produce Depot USA LLC, dated August 17, 2023 (the "Application"), by its Attorneys, Law Offices of Alla Kachan, P.C., for an Order granting a Final Decree in this case; and it having been represented and it appearing that the estate of the Debtor has been fully administered pursuant to the confirmed Plan of Reorganization of Produce Depot USA LLC. (the "Plan"); and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, pursuant to Bankruptcy Rule 3022 and 11 U.S.C. § 350(a), that the above-captioned be and hereby is closed upon entry of this Final Decree; and it is further

**ORDERED**, that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court any unfiled monthly operating report(s) for pre-effective date periods and the appropriate post confirmation report(s) and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) (and any applicable interest thereon).